In the Matter of the Application of JACOB A. VISEL for Admission to the Bar. (State of California.) — Application granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

DAVID SILBER, Respondent, v. WATERPROOF GARMENT WORKERS UNION, etc., and Others, Appellants.— It is impossible to pass upon the merits of this motion until we have the record upon which the order for commitment was made. The parties are afforded time until Friday, December 5, 1919, at ten A. M. to submit copies of such papers. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

SARAH BLANCHE CARTER, Respondent, v. IRENE DANIELS, Appellant.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

DOUGLAS W. CUTLER, an Infant, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

PASQUALE D'AMBRA, Respondent, v. PHILIP RHINELANDER, Appellant.— Motion granted on condition that the appeal be perfected and brought on for argument by the defendant on the first day of the January, 1920, term. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

FLORENCE EMANUEL, Respondent, v. ARMAND EMANUEL, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

SAMUEL B. IRISH, as Executor, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Petition of LOUISE J. HARTWIG to Render and Settle Her Account as Administratrix, etc., of HENRY HAMM, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, for failure to comply with rule XII of this court, with privilege to the appellant, on payment of fifty dollars within five days, to move to reinstate the appeal. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of LUKE O'REILLY for Reinstatement in the Practice of the Law.— Motion granted and order signed. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

HENRY KOSTER, Appellant, v. THE YONKERS RAILROAD COMPANY and Others, Respondents.— Motion granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ. Settle order before the presiding justice.

PARKERTON WIRE WORKS, INC., Respondent, v. ENDEE GARAGE CORPORATION, Appellant, and Others, Defendants.— Motion denied on condition that appellant perfect the appeal, place the case on the January, 1920, calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.